**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 9:25-cv-80367-AMC**

HOWARD COHAN,

      Plaintiff,

vs.

PIZZA BELLA 2 INC,
d/b/a NICO'S PIZZA ITALIAN CUISINE,

      Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, HOWARD COHAN ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **without Prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1.    Defendant, PIZZA BELLA 2 INC, d/b/a NICO'S PIZZA ITALIAN CUISINE ("Defendant"), has not served an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2.    This case shall be dismissed **without Prejudice** with each party bearing his/their own attorneys' fees and costs.

BY:   *s/ Jason S. Weiss*
      Jason S. Weiss
      Jason@jswlawyer.com
      Florida Bar No. 0356890
      **WEISS LAW GROUP, P.A.**
      5531 N. University Drive
      Suite 103
      Coral Springs, FL 33067
      Tel: (954) 573-2800
      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of May, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which automatically gives notice to all counsel of record.


BY: *s/ Jason S. Weiss*
Jason S. Weiss