**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-80367-CIV-CANNON**

**HOWARD COHAN**

      Plaintiff,

v.

**PIZZA BELLA 2 INC.,**
*d/b/a* **NICO'S PIZZA**
**ITALIAN CUISINE,**

      Defendant.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal without Prejudice, filed on May 9, 2025 [ECF No. 6]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, this case is **DISMISSED WITHOUT PREJUDICE** against Defendant, effective May 9, 2025, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 6]. Each party shall bear his/their own attorneys' fees and costs.

The Clerk of Court shall **CLOSE** this case.

**ORDERED** in Chambers at Fort Pierce, Florida, this 12th day of May 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record